# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEL DAVONE WALKER,<br><br>Petitioner,<br><br>v.<br><br>SUPREME COURT OF CALIFORNIA,<br><br>Respondent. | Case No. CV 15-08577 SJO (RAO)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   11/24/15

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE